## Commonwealth *v.* McNulty, Appellant.

Submitted December 6, 1971. *Frank J. McDonnell*, Assistant Public Defender, for appellant: *Paul R. Mazzoni*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.